# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES BEN FRITSCHE,
      Appellant,
  vs.
THE STATE OF NEVADA,
      Respondent.

No. 81155

FILED

JUN 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court "order vacating March 16, 2020 order." Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Because no statute or court rule permits an appeal from a district court order vacating an order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

        _____, J.
        Gibbons

_____, J.
Stiglich

      _____, J.
      Silver

20-20959

cc: Hon. Kathleen M. Drakulich, District Judge
Charles Ben Fritsche
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk